# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

v.  CASE NO. 1:10cr10/MCR

**EDDIE LEE LATSON**

### JUDGMENT OF ACQUITTAL ON JURY VERDICT

Based on the jury's verdict of not guilty as to this defendant on Count Three following a trial on September 14, 2010, the defendant EDDIE LEE LATSON is hereby ADJUDGED NOT GUILTY of the charge in Count Three and this charge is hereby DISMISSED.

**DONE and ORDERED** at Pensacola, Florida, this 21st day of September, 2010.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**